# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:02CR353 |
| vs. | ) | |
| TONY SKANNELL, | ) | ORDER |
| Defendant. | ) | |

This case is before the court on the defendant Tony Skannell's request for a court-appointed attorney (#816). A review of the court docket discloses that the defendant is a career offender and as such is not eligible for a sentence reduction.

**IT IS ORDERED:**

1. The Motion to Appoint Attorney (#816) is denied.

2. The Clerk's office is directed to mail a copy of this Order to Mr. Skannell.

Dated this 23rd October 23, 2013.

                                                  BY THE COURT:

                                                  S/ F.A. Gossett, III
                                                  United States Magistrate Judge