# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:02CR353 |
| vs. | ) | |
| TONY SKANNELL, | ) | ORDER |
| Defendant. | ) | |

This case is before the court on the defendant Tony Skannell's second request for court-appointed attorney (#819). The defendant moves the court for a court-appointed attorney based upon his belief that a ruling in the United States Supreme Court in Descamps v. U. S, ---- U.S. ----, 133 S.Ct. 2276, 186 L.Ed.2d 438 (2013), in some way affects how his prior convictions were considered at sentencing. Because the defendant provides no specifics as to his claim and does not identify the convictions he believes to be at issue, his motion is denied.

**IT IS ORDERED:**

1. Defendant Tony Skannell's motion to appoint counsel (#819) is denied.

2. The Clerk's office is directed to mail a copy of this order to Mr. Skannell.

Dated this 19th day of December 2013.

                                BY THE COURT:

                                s/ F.A. Gossett, III
                                United States Magistrate Judge